# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hursh, Benjamin P. | U.S. Bankruptcy Court District of Montana | 04/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Mike Mansfield Federal Courthouse
400 North Main Street, 2nd Floor
Butte, MT 59701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Member | Grasshopper Land, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hursh, Benjamin P.** | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Aspire Resources Inc. | Student loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Custodian Retirement Account (H) | | | | | | | | | |
| 2. Lord Abbett High Yield | A | Dividend | J | T | | | | | |
| 3. | | | | | Buy (add'l) | 01/02/19 | J | | |
| 4. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 5. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 6. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 7. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 8. | | | | | Buy (add'l) | 06/01/19 | J | | |
| 9. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 10. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 11. | | | | | Buy (add'l) | 09/01/19 | J | | |
| 12. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 13. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 14. | | | | | Buy (add'l) | 12/01/19 | J | | |
| 15. IVY Limited-Term Bond | A | Dividend | K | T | | | | | |
| 16. | | | | | Buy (add'l) | 01/02/19 | J | | |
| 17. | | | | | Buy (add'l) | 01/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 19. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 20. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 21. | | | | | Buy (add'l) | 05/28/19 | J | | |
| 22. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 23. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 24. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 25. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 26. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 27. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 28. | | | | | Buy (add'l) | 11/29/19 | J | | |
| 29.  IVY Cash Management Cl A | B | Interest | L | T | | | | | |
| 30. | | | | | Buy (add'l) | 01/02/19 | J | | |
| 31. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 32. | | | | | Buy (add'l) | 01/25/19 | J | | |
| 33. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 34. | | | | | Buy (add'l) | 03/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 36. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 37. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 38. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 39. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 40. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 41. | | | | | Buy (add'l) | 07/26/19 | J | | |
| 42. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 43. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 44. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 45. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 46. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 47. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 48. Ishares TR MSCI MIN VOL ETF | A | Dividend | K | T | | | | | |
| 49. First TR Value Line Divid in SHS | A | Dividend | K | T | | | | | |
| 50. PIMCO INCOME FUND P | A | Dividend | K | T | Buy | 8/15/19 | J | | |
| 51. | | | | | Buy (add'l) | 09/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 53. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 54. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 55. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 56. Vanguard Prime MM Fund Investor Shares | A | Dividend | K | T | Buy | 09/24/19 | L | | |
| 57. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 58. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 59. | | | | | Sold (part) | 11/18/19 | K | | |
| 60. | | | | | Buy (add'l) | 12/01/19 | J | | |
| 61. AF US GOV MM - F2 | A | Dividend | K | T | Buy | 09/24/19 | K | | |
| 62. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 63. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 64. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 65. Parnassus FD Parn End Instl | A | Dividend | J | T | Buy | 11/18/19 | J | | |
| 66. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 67. IVY Science and Technology I | B | Int./Div. | K | T | | | | | |
| 68. | | | | | Buy (add'l) | 12/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IVY Emerging Markets Equity | A | Dividend | J | T | | | | | |
| 70. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 71. IRA (H) | | | | | | | | | |
| 72. IVY Small Cap Growth | A | Dividend | J | T | | | | | |
| 73. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 74. Ivy Corporate Bond A | A | Dividend | J | T | | | | | |
| 75. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 76. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 77. | | | | | Buy (add'l) | 03/14/19 | J | | |
| 78. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 79. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 80. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 81. | | | | | Buy (add'l) | 07/11/19 | J | | |
| 82. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 83. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 84. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 85. | | | | | Buy (add'l) | 11/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 87. | | | | | | | | | |
| 88.   UTMA (H) | | | | | | | | | |
| 89.   IVY Fund-Small Cap Value Fund A | A | Dividend | J | T | | | | | |
| 90. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 91. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 92. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 93. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 94. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 95. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 96. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 97. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 98. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 99. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 100. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 101. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 102.   IVY Emerging Markets Equity | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 104. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 105. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 106. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 107. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 108. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 109. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 110. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 111. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 112. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 113. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 114. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 115.  IVY Science and Technology A | A | Dividend | | | Merged (with line 117) | 11/15/19 | J | | |
| 116.  IVY Fund-Balanced Fund A | A | Int./Div. | J | T | | | | | |
| 117. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 118.  IVY FDS Wilshire GBL A | A | Int./Div. | J | T | | | | | |
| 119. | | | | | Buy (add'l) | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  UTMA (H) | | | | | | | | | |
| 121.  IVY Fund-Small Cap Value Fund A | A | Dividend | J | T | | | | | |
| 122. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 123. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 124. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 125. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 126. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 127. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 128. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 129. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 130. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 131. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 132. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 133. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 134. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 135. | | | | | | | | | |
| 136.  IVY Emerging Markets Equity | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 138. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 139. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 140. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 141. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 142. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 143. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 144. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 145. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 146. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 147. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 148. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 149. IVY FDS Apollo STRGC | A | Dividend | J | T | | | | | |
| 150. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 151. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 152. | | | | | Buy (add'l) | 03/14/19 | J | | |
| 153. | | | | | Buy (add'l) | 04/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 155. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 156. | | | | | Buy (add'l) | 07/11/19 | J | | |
| 157. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 158. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 159. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 160. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 161. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 162. IVY Limited-Term Bond A | A | Dividend | J | T | | | | | |
| 163. | | | | | Buy (add'l) | 01/25/19 | J | | |
| 164. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 165. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 166. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 167. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 168. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 169. | | | | | Buy (add'l) | 07/26/19 | J | | |
| 170. | | | | | Buy (add'l) | 08/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 172. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 173. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 174. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 175. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 176.  IVY Advantus Bond A | A | Int./Div. | J | T | | | | | |
| 177. | | | | | Buy (add'l) | 01/25/19 | J | | |
| 178. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 179. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 180. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 181. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 182. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 183. | | | | | Buy (add'l) | 07/26/19 | J | | |
| 184. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 185. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 186. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 187. | | | | | Buy (add'l) | 11/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 189. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 190.  IVY Fund-Balanced Fund A | A | Distribution | J | T | | | | | |
| 191. | | | | | Buy (add'l) | 03/14/19 | J | | |
| 192. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 193. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 194. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 195.  IVY FDS WILSHIRE GBL A | A | Dividend | J | T | | | | | |
| 196. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 197. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 198.  IVY Science and Technology | A | Int./Div. | J | T | | | | | |
| 199. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hursh, Benjamin P.** | 04/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Hursh, Benjamin P.** | 04/30/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 04/30/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Benjamin P. Hursh**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544